UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00232-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. LUIS HORACIO ANTONIO RODRIGUEZ-MENDEZ,
    a/k/a Horacio Rodriguez- Mendez,
    a/k/a Horacio Mendes Rodriguez,

Defendant.

_____

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
_____

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce LUIS HORACIO ANTONIO RODRIGUEZ-MENDEZ before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Dated: July 11, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge