UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00232-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. LUIS HORACIO ANTONIO RODRIGUEZ-MENDEZ,
a/k/a Horacio Rodriguez-   Mendez,
a/k/a Horacio Mendes Rodriguez,

Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pretrial

phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, August 21, 2006**,

and responses to these motions shall be filed by **Friday, September 1, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions and final trial

preparation conference is set for **Monday, September 11, 2006, at 4:00 p.m.**  It is

FURTHER ORDERED that a three-day jury trial is set to commence **Monday,**

**September 18, 2006 at 9:00 a.m.**

Dated:  August 8, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge